# UNITED STATES DISTRICT COURT

for the

Western District of Texas

FILED
FEB 17 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MB  DEPUTY CLERK

United States of America )
v. )
IBARRA-Simon, Marissa (1) ) Case No.
RAMOS, Evelyn (2) )
)   2:10M-01226

Defendant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 02-15-2010 in the county of Maverick in the Western District of Texas, the defendant violated 21 U.S.C. § 841 (a)(1) 846, an offense described as follows:

Unlawfully, Knowingly and Intentionally Possess with Intent to Distribute approximately 75.6 kilograms Gross Weight of marijuana, a Schedule I Controlled Substance.

This criminal complaint is based on these facts:

See Attachment

☐ Continued on the attached sheet.

_____
Complainant's signature

TFO Jose Duran
Printed name and title

Sworn to before me and signed in my presence.

Date: 02-17-2010

_____
Judge's signature

City and state: Del Rio, Texas

U.S. Magistrate Judge Collis White
Printed name and title

**Attachment**

On February 15, 2010, United States Border Patrol (USBP) Agents were performing line watch duties in a marked Border Patrol Unit near Quemado, Texas. USBP Agents observed a tan vehicle leaving the Quemado Cemetery and started driving south on Highway 277. This area is very close to the Rio Grande River and the United States/Mexico border area and is notoriously used on consistent basis for both undocumented aliens and narcotics to cross illegally into the United States. The USBP Agents decided to follow the vehicle and ran a vehicle registration check, which came back registered to Elizabeth Ramos of 1724 Buckley Ave. of Eagle Pass, Texas. The USBP Agents also noticed that the vehicle appeared heavy laden, with all this in mind, the USBP Agents decided to activate there emergency lights to further inspect the vehicle since this area is notorious for Human and Narcotics smuggling. Once the vehicle pulled over, USBP Agents identified themselves as US Border Patrol Agents and questions the occupants as to their citizenship and both occupants stated that they were United States citizens. As the USBP Agents were asking the driver why she was leaving the Cemetery area, the driver stated that they were there to leave some flowers in which the passenger had a handful of flowers. This arose USBP Agents suspicion and asked the passenger if she had relatives in the cemetery and she nervesouly replied yes. The USBP Agents then asked the driver for consent to search the trunk of the vehicle. The driver gave the USBP Agents consent, while USBP Agents opened the trunk; they noticed several bundles in white sugar sacks, spray-painted green. The driver identified as RAMOS, Evelyn and passenger IBARRA-Simon, Marissa, were asked to exit the vehicle and were detained. Further inspection of the sugar sacks revealed a green leafy substance which tested positive for the characteristics of Marijuana. RAMOS and IBARRA were then read their rights and placed under arrest. The sugar sacks were then secured by USBP Agents. RAMOS, IBARRA, and the narcotics were taken to the Eagle Pass North Border Patrol Station for processing. A total of approximately 75.6 gross kilograms of marijuana was seized from RAMOS, Evelyn and IBARRA-Simon, Marissa.

On the same date, Task Force Officers arrived at the USBP station in Eagle Pass, Texas where Ramos and IBARRA were read their Miranda Rights via Form DEA 13 which they both Initialed and Signed and provided a verbal statement admitting their involvement in transporting of Narcotics..

_____ February 17, 2010
Jose Duran
Task Force Officer
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence,
_____
Collins White
United States Magistrate Judge
Western District of Texas